| | |
|---|---|
| David M. Crosby, ESQ. Bar # 003499<br>Troy Fox, ESQ. Bar # 011127<br>CROSBY & FOX, LLC<br>711 S. 8th St.<br>Las Vegas, Nevada 89101<br>(702) 382-2600<br>*Attorneys for Debtor(s)* | E-FILED: 02/27/2014 |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| In the matter of:<br><br>Sandra L. Macias<br><br>            Debtor(s). | Case No:    BK-13-19827-mkn<br>Chapter      13<br><br>Date:        February 20, 2014<br>Time:        3:15 p.m.<br>Trustee:     Kathlee A. Leavitt |

**NOTICE OF ENTRY OF
ORDER GRANTING MOTION TO VALUE DEBTOR'S PRINCIPAL RESIDENCE
AND AVOID WHOLLY UNSECURED LIEN(S) ENCUMBERING SAME, TO MODIFY
THE RIGHTS OF LIENHOLDERS AND GRANTING OBJECTION TO
LIENHOLDERS' PROOF(S) OF CLAIM, IF ANY**

**NOTICE IS HEREBY GIVEN** that the above-referenced Order was entered by this Court on the 24th day of February, 2014. A copy of said Order is attached hereto as Exhibit 1 and incorporated herein by reference.

Dated this 27th day of February, 2014.

Submitted By:

/s/ David M. Crosby, Esq.
David M. Crosby, Esq.
Troy Fox, Esq.
Attorneys for Debtor(s)

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**February 24, 2014**

DAVID M. CROSBY, ESQ. #003499
TROY S. FOX, ESQ. #11127
711 South Eighth Street
Las Vegas, NV 89101
(702) 382-2600
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In the matter of:

SANDRA L. MACIAS

        Debtor.

Case No: BK-13-19827-mkn
Chapter 13

Date:     February 20, 2014
Time:    3:15 p.m.
Trustee:  Kathleen A. Leavitt

### ORDER GRANTING MOTION TO VALUE DEBTOR'S PRINCIPAL RESIDENCE AND AVOID WHOLLY UNSECURED LIEN(S) ENCUMBERING SAME, TO MODIFY THE RIGHTS OF LIENHOLDERS AND GRANTING OBJECTION TO LIENHOLDERS' PROOF(S) OF CLAIM, IF ANY

THIS MATTER having come before the Court for a hearing on February 20, 2014, on Debtor's MOTION TO VALUE DEBTOR'S PRINCIPAL RESIDENCE AND AVOID WHOLLY UNSECURED LIEN(S) ENCUMBERING SAME, TO MODIFY THE RIGHTS OF LIENHOLDERS AND OBJECTION TO LIENHOLDERS' PROOF(S) OF CLAIM, IF ANY, and based upon the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:

1. The Debtor's principal residence located at 880 Mantis Way, Unit 2, Las Vegas, NV 89110, APN: 140-30-310-016 (the "Subject Property") is valued at $46,688.00 as of the date of Debtor's Chapter 13 Petition.


EXHIBIT "1"

2. The Subject Property is collateral for a senior secured claim of **SETERUS** ("Senior Lienholder").

    ✓ Senior Lienholder has <u>not filed</u> a Proof of Claim related to such debt, and but mortgage statement claims a debt of $111,518.92. Senior Lienholder's claim indicates that Senior Lienholder has assigned account #0764 to this claim.

3. The Subject Property is also collateral for a junior secured claim of **GREEN TREE SERVICING, LLC as servicer for RBS CITIZENS N.A.** ("Junior Lienholder").

    ✓ Junior Lienholder has <u>filed</u> a Proof of Claim related to such claim, and claims a debt of $15,028.30. Junior Lienholder has assigned account #2808 to this debt.

4. That on the filing date of the instant Chapter 13 petition, the claim of junior lienholder **GREEN TREE SERVICING, LLC as servicer for RBS CITIZENS N.A.** was wholly unsecured and may therefore be avoided as unsecured consistent with the value of subject real property as determined above pursuant to 11 U.S.C. Section 506(a) and §1322(b)(2); and

5. The entire junior claim of **GREEN TREE SERVICING, LLC as servicer for RBS CITIZENS N.A.** is properly reclassified as non-priority general unsecured claim to be paid pro-rata with other non-priority general unsecured creditors through the Debtor's Chapter 13 plan; and

6. That it is consistent with the above findings that any claims as identified in Proofs of Claim filed by **GREEN TREE SERVICING, LLC as servicer for RBS CITIZENS N.A.** be modified to non-priority general unsecured status to the extent set forth above.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The junior claim of **GREEN TREE SERVICING, LLC as servicer for RBS CITIZENS N.A.** shall be and is herewith avoided and "stripped off" from Debtor's real property identified above upon completion of Debtor's Chapter 13 plan and shall henceforth be treated as a "non-priority general unsecured claim" pursuant to 11 U.S.C. §506(a);

2. That any Proof(s) of Claim filed by **GREEN TREE SERVICING, LLC as servicer for RBS CITIZENS N.A.** shall be conformed to the findings herein as non-priority general unsecured to the extent each has been determined herein to be unsecured, to be paid pro-rata with other non-priority general unsecured creditors through the Debtor's Chapter 13 plan.

3. Should Debtor receive a discharge in this case, Junior Lienholder's shall as soon as practicable thereafter take all necessary and appropriate steps to remove its lien of record, and to ensure that Debtor's title to the Subject Property is clear of any cloud on title related to Junior Lienholder's claim. This court hereby reserves jurisdiction with respect to any dispute over the actions necessary to comply with this paragraph; and

4. **GREEN TREE SERVICING, LLC as servicer for RBS CITIZENS N.A.** shall retain its claim for the full amount under the loan referenced above in the event of either dismissal of Debtor's Chapter 13 case or the conversion of the Debtor's Chapter 13 case to any other Chapter under the United States Bankruptcy Code.

//
//
//
//
//

**ALTERNATIVE METHOD RE: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

　　　____ The court has waived the requirement set forth in LR 9021 (b)(1).

　　　____ No party appeared at the hearing or filed an objection to the motion.

　　　____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

　　　_X_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order.

Submitted By:
CROSBY & FOX, LLC

_____
David M. Crosby, Esq
Troy Fox, Esq.

　　　　　　　　　　###

## CERTIFICATE OF MAILING

The undersigned, a Legal Assistant of CROSBY & FOX, LLC hereby certifies that on the 27th day of February, 2014, I deposited in the United States Mail, postage prepaid, a true and correct copy of the *NOTICE OF ENTRY OF ORDER GRANTING MOTION TO VALUE DEBTOR'S PRINCIPAL RESIDENCE AND AVOID WHOLLY UNSECURED LIEN(S) ENCUMBERING SAME, TO MODIFY THE RIGHTS OF LIENHOLDERS AND GRANTING OBJECTION TO LIENHOLDERS' PROOF(S) OF CLAIM, IF ANY* to the following parties:

SETERUS
(PROCESSING PAYMENTS)
P.O. Box 54420
LOS ANGELES, CA 90054-0420

SETERUS
(CORRESPONDENCE DEPARTMENT)
P.O. Box 2008
GRAND RAPIDS, MI 49501-2008

SETERUS
(BANKRUPTCY DEPARTMENT)
P.O. Box 2206
GRAND RAPIDS, MI 49501-2206

THE CORPORATION TRUST COMPANY OF NEVADA
Att: Reg. Agt./ SETURUS, INC.
311 S. DIVISION ST.
CARSON CITY, NV 89703

GREEN TREE SERVICING
(PROCESSING PAYMENTS)
345 ST. PETER ST. L800R
ST. PAUL, MN 55102

GREEN TREE SERVICING, LLC.
(CORRESPONDENCE DEPARTMENT)
7340 S. KYRENE RD. T-120
TEMPE, AZ 85283

THE CORPORATION TRUST COMPANY OF NEVADA
Att: Reg. Agt./ GREEN TREE SERVICING, LLC.
311 S. DIVISION ST.
CARSON CITY, NV 89703

KATHLEEN A. LEAVITT
Chapter 13 Trustee
201 LAS VEGAS BLVD. SO., STE.200
LAS VEGAS, NV 89101

SANDRA L. MACIAS
880 MANTIS WAY, UNIT 2
LAS VEGAS, NV 89110

U.S. TRUSTEE
DEPARTMENT OF JUSTICE
300 LAS VEGAS BLVD. SO.
SUITE 4300
LAS VEGAS, NV 89101

**SEE ALSO ATTACHED MATRIX**

/s/ Miguel A. Martinez
A legal assistant for CROSBY & FOX, LLC.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 13-19827-mkn<br>District of Nevada<br>Las Vegas<br>Thu Feb 27 09:51:43 PST 2014 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | 1ST FINANCIAL BANK USA<br>Acct No 4453-2630-8503-5499<br>P.O. Box 1100<br>North Sioux City, SD 57049-1100 |
| ALFONSO ROSALES-CARRILLO<br>880 Mantis Way<br>Unit 2<br>Las Vegas, NV 89110-6454 | ALFONSO ROSALES-CARRILLO<br>880 Mantis Way #2<br>Las Vegas, NV 89110-6454 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 |
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | CACH, LLC<br>Acct No 120007087164<br>c/o LAW OFFICE OF JOE PEZZUTO, LLC.<br>4013 E. Brodway, Suite A2<br>Phoenix, AZ 85040-8818 | CACH, LLC<br>Acct No File IBC765<br>c/o FINANCIAL RECOVERY SERVICES, INC.<br>P.O. Box 385908<br>Minneapolis, MN 55438-5908 |
| CALVARY SPV I, LLC<br>Acct No 14769118<br>dba CALVARY PORTFOLIO SERVICES<br>500 Summit Lake Dr.<br>Suite 4A<br>Valhalla, NY 10595-2323 | CALVARY SPV I, LLC<br>Acct No File # 14553652<br>c/o J.C. CHRISTENSEN & ASSOCIATES, INC.<br>P.O. Box 519<br>Sauk Rapids, MN 56379-0519 | CAPITAL ONE AURO FINANCE<br>Acct No 4074125<br>3905 Dallas Pkwy.<br>Plano, TX 75093-7892 |
| CAPITAL ONE AUTO FINANCE<br>Acct No 4074125<br>P.O. Box 60511<br>City of Industry, CA 91716-0511 | CITIBANK (SOUTH DAKOTA), N.A.)/SEARS<br>Acct No 5049-9401-5151-6282<br>c/o MIDLAND CREDIT MANAGEMENT, INC.<br>P.O. Box 60578<br>Los Angeles, CA 90060-0578 | CITIBANK SOUTH DAKOTA<br>Acct No 12000708XXXX<br>c/o CACH, LLC<br>4340 S. Monaco, 2nd Floor<br>Denver, CO 80237-3408 |
| CITIBANK SOUTH DAKOTA<br>Acct No 854086XXXX<br>c/o MIDLAND FUNDING, LLC.<br>8875 Aero Dr.<br>Suite 200<br>San Diego, CA 92123-2255 | CIVIL SHERIFF OFFICE<br>Acct No Case # 13C020672<br>330 SO. CASINO CTR. BLVD.<br>Las Vegas, NV 89101-6102 | COMENITY BANK<br>Acct No 5856372441690804<br>P.O. Box 659704<br>San Antonio, TX 78265-9704 |
| COMENITY BANK/DRESSBRN<br>Acct No 5856372441690804<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | Capital One Auto Finance<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 | DISH NETWORK<br>Acct No 104557XXXX<br>c/o AFNY<br>P.O. Box 3097<br>Bloomington, IL 61702-3097 |
| FIRST TENNESSEE BANK NAT'L ASSOCIATION<br>Acct No 10410037<br>Attn: Credit Inquiry Dept.<br>Knoxville, TN 37995-1501 | GE CAPITAL REATIL BANK/JC PENNEY<br>Acct No 6008893362992038<br>c/o PORTFOLIO RECOVERY ASSOCIATES, LLC.<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 | GE CAPITAL RETAIL BANK/JC PENNEY<br>Acct No 6008893362992030<br>c/o PORTFOLIO RECOVERY<br>120 Corporate Blvd.<br>Norfolk, VA 23502-4962 |
| GREEN TREE SERVICING, LLC<br>Acct No 896328085<br>P.O. Box 6172<br>Rapid City, SD 57709-6172 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | GREEN TREE SERVICING, LLC<br>Acct No 896328085<br>c/o ALTERNATIVE RECOVERY MANAGEMENT<br>8204 Partway Dr., Ste. 9<br>La Mesa, CA 91942-2407 |
| GREEN TREE SERVICING, LLC.<br>Acct No 1523739<br>c/o SINERGETIC COMMUNICATION, INC.<br>1301 E. 3rd. Ave. Ste. 200<br>Post Falls, ID 83854-7545 | Green Tree Servicing,LLC<br>7340 S. Kyrene Road<br>Recovery Dept. T-120<br>Tempe, AZ 85283-4573 | HSBC BANK NEVADA<br>Acct No 5407-9150-1221-4158<br>P.O. Box 30253<br>Salt Lake City, UT 84130-0253 |

| | | |
|---|---|---|
| HSBC BANK NEVADA N.A./HOUSEHOLD BANK<br>Acct No 14769118<br>c/o CALVARY PORTFOLIO SERVICES, LLC.<br>P.O. Box 27288<br>Tempe, AZ 85285-7288 | INTERNAL REVENUE SERVICE<br>110 CITY PARKWAY<br>Las Vegas, NV 89106-6085 | JUSTICE COURT, LAS VEGAS TOWNSHIP<br>Acct No Case # 13C020672<br>REGIONAL JUSTICE CENTER<br>200 Lewis Justice Center<br>P.O. Box 552511<br>Las Vegas, NV 89155-2511 |
| LAS VEGAS ATHLETIC CLUB<br>Acct No 472351660XXXX<br>c/o QUANTUM COLLECTIONS<br>3080 S. Durango Dr., Ste. 105<br>Las Vegas, NV 89117-4411 | LAS VEGAS ATHLETIC CLUB<br>Acct No 472351703XXXX<br>c/o QUANTUM COLLECTIONS<br>3080 S. Durango Dr., Ste. 105<br>Las Vegas, NV 89117-4411 | MACY'S<br>Acct No NV-6526356-MACY<br>LAW OFFICE OF<br>PALMER, REIFLER & ASSOCIATES, P.A.<br>1900 Summit Tower Blvd. Ste. 820<br>Orlando, FL 32810-5951 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | ROBERT S. QUALEY, ESQ, BAR #3570<br>Acct No Case # 13C020672<br>DOTSON & QUALEY<br>2320 Paseo Del Prado<br>Bldg. B, Ste. 205<br>Las Vegas, NV 89102-4358 | SEARS/CBNA<br>Acct No 5049-9401-5151-6282<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 |
| SEARS/CBNA<br>Acct No 5121075047617164<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | SETERUS<br>Acct No 8240764-1<br>P.O. Box 54420<br>Los Angeles, CA 90054-0420 | SETERUS, INC.<br>Acct No 8240764-1<br>14253 SW Millikan Way<br>Suite 200<br>Beaverton, OR 97005 |
| DAVID M. CROSBY<br>CROSBY & ASSOCIATES<br>711 S 8TH ST<br>LAS VEGAS, NV 89101-7006 | KATHLEEN A. LEAVITT<br>201 LAS VEGAS BLVD., SO. #200<br>LAS VEGAS, NV 89101-5727 | SANDRA L. MACIAS<br>880 MANTIS WAY, UNIT 2<br>LAS VEGAS, NV 89110-6454 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GREEN TREE SERVICING, LLC
Acct No 896328085
P.O. Box 94710
Palatine, IL 60094-4710


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FEDERAL NATIONAL MORTGAGE ASSOCIATION

End of Label Matrix
Mailable recipients    44
Bypassed recipients     1
Total                  45