David M. Crosby, Esq.
Nevada Bar No. 003499
Troy S. Fox, Esq.
Nevada Bar No. 011127
CROSBY & FOX, LLC
711 South 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-1007
Facsimile: (702) 382-1921
Attorneys for Debtor(s)

E-FILED: 03/06/2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In the matter of:<br><br>SANDRA L. MACIAS<br><br>Debtor(s). | Case No. BK-13-19827-mkn<br>Chapter 13<br><br>Date:     April 17. 2014<br>Time:    2:30 p.m.<br>Trustee: Kathleen A. Leavitt |

### NOTICE OF APPLICATION FOR COMPENSATION OF ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES

TO: ALL INTERESTED PARTIES:

**NOTICE IS HEREBY GIVEN** that an APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (ATTORNEY'S FEES: **$1,441**; COSTS: **$59.05**) was filed on March 06 , 2014, by CROSBY & FOX, LLC, Attorneys for Debtor(s) SANDRA L. MACIAS.  This Motion seeks the following relief: to have the Court award attorney's fees and costs requested by CROSBY & FOX, LLC for post-confirmation legal services rendered on behalf of Debtor(s).  Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion, **no later than 14 days** after the date of this Notice.  If the hearing date has

been set on less than 14 days' notice, then the opposition must be filed and served **no later than 7 business days** before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> The court may refuse to allow you to speak at the scheduled hearing; and
>
> The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, 300 South Las Vegas Blvd., Bankruptcy Courtroom No.____, Las Vegas, NV 89101, on April 17, 2014, at the hour of 2:30 p.m.

**NOTICE IS FURTHER GIVEN** that the approval of this Application may result in the suspension of payments to creditors while the administrative claim for compensation is being paid by the Chapter 13 Trustee. The fees sought will not decrease any distribution to creditors.

Dated on this 06th day of March, 2014.

CROSBY & FOX, LLC

/s/ David M. Crosby
David M. Crosby, Esq. Bar #003499
Troy Fox, Esq. Bar #011127
711 S. 8th St.
Las Vegas, Nevada 89101
Attorneys for Debtor(s)

2

**CERTIFICATE OF MAILING**

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that, on the 06<u>th</u> Day of March, 2014, service of the following documents:

1. **APPLICATION FOR COMPENSATION OF ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES**

2. **NOTICE OF APPLICATION FOR COMPENSATION OF ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES**

was made on the parties shown below by placing a true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the U.S. mail, addressed as follows:

SANDRA L. MACIAS
880 MANTIS WAY, UNIT 2.
LAS VEGAS, NV 89110

KATHLEEN A. LEAVITT
CHAPTER 13 TRUSTEE
201 L:AS VEGAS BLVD. SO., STE. 200
LAS VEGAS, NV 89101

OFFICE OF THE UNITED STATES TRUSTEE
300 LAS VEGAS BLVD. SO., STE. 4300
LAS VEGAS, NV 89101

**SEE ALSO ATTACHED MATRIX**

/s/ Miguel A. Martinez
_____
A Legal Assistant of Crosby & Fox, LLC

```
Label Matrix for local noticing          United States Bankruptcy Court          1ST FINANCIAL BANK USA
0978-2                                   300 Las Vegas Blvd., South              Acct No 4453-2630-8503-5499
Case 13-19827-mkn                        Las Vegas, NV 89101-5833                P.O. Box 1100
District of Nevada                                                               North Sioux City, SD 57049-1100
Las Vegas
Thu Mar  6 13:57:52 PST 2014

ALFONSO ROSALES-CARRILLO                 ALFONSO ROSALES-CARRILLO                American InfoSource LP as agent for
880 Mantis Way                           880 Mantis Way #2                       Midland Funding LLC
Unit 2                                   Las Vegas, NV 89110-6454                PO Box 268941
Las Vegas, NV 89110-6454                                                         Oklahoma City, OK  73126-8941


Atlas Acquisitions LLC                   CACH, LLC                               CACH, LLC
294 Union St.                            Acct No 120007087164                    Acct No File IBC765
Hackensack, NJ 07601-4303                c/o LAW OFFICE OF JOE PEZZUTO, LLC.     c/o FINANCIAL RECOVERY SERVICES, INC.
                                         4013 E. Brodway, Suite A2               P.O. Box 385908
                                         Phoenix, AZ 85040-8818                  Minneapolis, MN 55438-5908


CALVARY SPV I, LLC                       CALVARY SPV I, LLC                      CAPITAL ONE AURO FINANCE
Acct No 14769118                         Acct No File # 14553652                 Acct No 4074125
dba CALVARY PORTFOLIO SERVICES           c/o J.C. CHRISTENSEN & ASSOCIATES, INC. 3905 Dallas Pkwy.
500 Summit Lake Dr.                      P.O. Box 519                            Plano, TX 75093-7892
Suite 4A                                 Sauk Rapids, MN 56379-0519
Valhalla, NY 10595-2323

CAPITAL ONE AUTO FINANCE                 CITIBANK (SOUTH DAKOTA), N.A.)/SEARS    CITIBANK SOUTH DAKOTA
Acct No 4074125                          Acct No 5049-9401-5151-6282             Acct No 12000708XXXX
P.O. Box 60511                           c/o MIDLAND CREDIT MANAGEMENT, INC.     c/o CACH, LLC
City of Industry, CA 91716-0511          P.O. Box 60578                          4340 S. Monaco, 2nd Floor
                                         Los Angeles, CA 90060-0578              Denver, CO 80237-3408


CITIBANK SOUTH DAKOTA                    CIVIL SHERIFF OFFICE                    COMENITY BANK
Acct No 854086XXXX                       Acct No Case # 13C020672                Acct No 5856372441690804
c/o MIDLAND FUNDING, LLC.                330 SO. CASINO CTR. BLVD.               P.O. Box 659704
8875 Aero Dr.                            Las Vegas, NV 89101-6102                San Antonio, TX 78265-9704
Suite 200
San Diego, CA 92123-2255

COMENITY BANK/DRESSBRN                   Capital One Auto Finance                DISH NETWORK
Acct No 5856372441690804                 9441 LBJ Freeway, Suite 350             Acct No 104557XXXX
P.O. Box 182789                          Dallas, TX 75243-4652                   c/o AFNY
Columbus, OH 43218-2789                                                          P.O. Box 3097
                                                                                 Bloomington, IL 61702-3097


FEDERAL NATIONAL MORTGAGE ASSN. C/O SETERUS,   FEDERAL NATIONAL MORTGAGE ASSN. C/O SETERUS,   FIRST TENNESSEE BANK NAT'L ASSOCIATION
P.O. BOX 2008                            P.O. BOX 2206                           Acct No 10410037
GRAND RAPIDS, MI 49501-2008              GRAND RAPIDS, MI 49501-2206             Attn: Credit Inquiry Dept.
                                                                                 Knoxville, TN 37995-1501



GE CAPITAL REATIL BANK/JC PENNEY         GE CAPITAL RETAIL BANK/JC PENNEY        GREEN TREE SERVICING, LLC
Acct No 6008893362992038                 Acct No 6008893362992030                Acct No 896328085
c/o PORTFOLIO RECOVERY ASSOCIATES, LLC.  c/o PORTFOLIO RECOVERY                  P.O. Box 6172
P.O. Box 12914                           120 Corporate Blvd.                     Rapid City, SD 57709-6172
Norfolk, VA 23541-0914                   Norfolk, VA 23502-4962


(p)GREENTREE SERVICING LLC               GREEN TREE SERVICING, LLC               GREEN TREE SERVICING, LLC.
BANKRUPTCY DEPARTMENT                    Acct No 896328085                       Acct No 1523739
P O BOX 6154                             c/o ALTERNATIVE RECOVERY MANAGEMENT     c/o SINERGETIC COMMUNICATION, INC.
RAPID CITY SD 57709-6154                 8204 Partway Dr., Ste. 9                1301 E. 3rd. Ave. Ste. 200
                                         La Mesa, CA 91942-2407                  Post Falls, ID 83854-7545
```

| | | |
|---|---|---|
| Green Tree Servicing, LLC<br>7340 S. Kyrene Road<br>Recovery Dept. T-120<br>Tempe, AZ 85283-4573 | HSBC BANK NEVADA<br>Acct No 5407-9150-1221-4158<br>P.O. Box 30253<br>Salt Lake City, UT 84130-0253 | HSBC BANK NEVADA N.A./HOUSEHOLD BANK<br>Acct No 14769118<br>c/o CALVARY PORTFOLIO SERVICES, LLC.<br>P.O. Box 27288<br>Tempe, AZ 85285-7288 |
| INTERNAL REVENUE SERVICE<br>110 CITY PARKWAY<br>Las Vegas, NV 89106-6085 | JUSTICE COURT, LAS VEGAS TOWNSHIP<br>Acct No Case # 13C020672<br>REGIONAL JUSTICE CENTER<br>200 Lewis Justice Center<br>P.O. Box 552511<br>Las Vegas, NV 89155-2511 | LAS VEGAS ATHLETIC CLUB<br>Acct No 472351660XXXX<br>c/o QUANTUM COLLECTIONS<br>3080 S. Durango Dr., Ste. 105<br>Las Vegas, NV 89117-4411 |
| LAS VEGAS ATHLETIC CLUB<br>Acct No 472351703XXXX<br>c/o QUANTUM COLLECTIONS<br>3080 S. Durango Dr., Ste. 105<br>Las Vegas, NV 89117-4411 | MACY'S<br>Acct No NV-6526356-MACY<br>LAW OFFICE OF<br>PALMER, REIFLER & ASSOCIATES, P.A.<br>1900 Summit Tower Blvd. Ste. 820<br>Orlando, FL 32810-5951 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| ROBERT S. QUALEY, ESQ, BAR #3570<br>Acct No Case # 13C020672<br>DOTSON & QUALEY<br>2320 Paseo Del Prado<br>Bldg. B, Ste. 205<br>Las Vegas, NV 89102-4358 | SEARS/CBNA<br>Acct No 5049-9401-5151-6282<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | SEARS/CBNA<br>Acct No 5121075047617164<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 |
| SETERUS<br>Acct No 8240764-1<br>P.O. Box 54420<br>Los Angeles, CA 90054-0420 | SETERUS, INC.<br>Acct No 8240764-1<br>14253 SW Millikan Way<br>Suite 200<br>Beaverton, OR 97005 | DAVID M. CROSBY<br>CROSBY & ASSOCIATES<br>711 S 8TH ST<br>LAS VEGAS, NV 89101-7006 |
| KATHLEEN A. LEAVITT<br>201 LAS VEGAS BLVD., SO. #200<br>LAS VEGAS, NV 89101-5727 | SANDRA L. MACIAS<br>880 MANTIS WAY, UNIT 2<br>LAS VEGAS, NV 89110-6454 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GREEN TREE SERVICING, LLC
Acct No 896328085
P.O. Box 94710
Palatine, IL 60094-4710


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FEDERAL NATIONAL MORTGAGE ASSOCIATION | (du)FEDERAL NATIONAL MORTGAGE ASSOCIATION (" | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients    2<br>Total                  48 |